# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PARADISE POINT, INC.

  VS               CASE NO.   3:08cv152/RV/MD

BMS CATASTROPHE, INC., etc.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   10/27/2008
Type of Motion/Pleading  NOTICE OF DISMISSAL OF COUNTERCLAIM
Filed by: Defendant/Counter-    on 10/23/08    Doc. No. 13
   Plaintiff
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
Plaintiff/Counter-Defendant    on 10/15/08    Doc. No. 15
             on _____    Doc. No. ____
             WILLIAM M. McCOOL, CLERK OF COURT

             /s/ Donna Bajzik
             Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  27th   day of  October  , 2008, that:

  The counterclaim filed by BMS Catastrophe, Inc., f/k/a Blackmon-Mooring Steamatic Catastrophe, Inc. is hereby DISMISSED, without prejudice and without taxation of costs.

             /s/ *Roger Vinson*
             ROGER VINSON
             SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

             Document No.